## MISCELLANEOUS DISMISSALS

**2004–0705.   XO Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 01–2771–TP–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2005–0353.   Michaels v. Gallagher.**
Cuyahoga App. No. 84529, 2004-Ohio-7025. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
   IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
   ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

   The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0369.   State ex rel. Lindsay v. Indus. Comm.**
Franklin App. No. 04AP-441, 2005-Ohio-465.

   The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0043.   State ex rel. Asti v. Ohio Dept. of Youth Serv.**
Franklin App. No. 03AP–998, 2004-Ohio-6832.

**2005–0100.   State ex rel. Sherry v. Indus. Comm.**
Franklin App. No. 04AP–78, 2004-Ohio-7050.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### March 7, 2005

[Cite as *03/07/2005 Case Announcements #2*, 2005-Ohio-971.]

## MOTION AND PROCEDURAL RULINGS

**2005–0424.   State ex rel. Sandusky Cty. Bd. of Commrs. v. Culbert.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in the manner prescribed by law. Upon consideration thereof,
   IT IS ORDERED by the court, sua sponte, that an alternative writ be, and hereby is, granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:
   The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file its brief within 10 days after the filing of evidence; respondent shall file his brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 5 days after the filing of respondent's brief.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### March 8, 2005

[Cite as *03/08/2005 Case Announcements*, 2005-Ohio-964.]